```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 20349
   NICOLAS E JONES
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2252


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/31/2007 and was not confirmed.

    The case was dismissed without confirmation 01/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED         6044.42          .00           .00
WELLS FARGO FINANCIAL BA  UNSECURED         7693.39          .00           .00
WELLS FARGO FINANCIAL BA  UNSECURED         7521.97          .00           .00
AMERICAN GENERAL FINANCE  SECURED            500.00          .00           .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED          .00           .00
FIRST FRANKLIN FINANCIAL  CURRENT MORTG        .00           .00           .00
FIRST FRANKLIN FINANCIAL  CURRENT MORTG        .00           .00           .00
LIBERTY ONE CREDIT UNION  SECURED VEHIC   19505.00          .00           .00
LIBERTY ONE CREDIT UNION  UNSECURED       NOT FILED          .00           .00
WELLS FARGO FINANCIAL     SECURED VEHIC        .00           .00           .00
WELLS FARGO FINANCIAL     UNSECURED            .00           .00           .00
ACE CASH EXPRESS          UNSECURED       NOT FILED          .00           .00
AMERICREDIT LOANS         UNSECURED       NOT FILED          .00           .00
CASH CALL                 UNSECURED       NOT FILED          .00           .00
CASHNET USA               UNSECURED       NOT FILED          .00           .00
CHECK N GO                UNSECURED       NOT FILED          .00           .00
CITIFINANCIAL             UNSECURED       NOT FILED          .00           .00
IMPACTCASH USA            UNSECURED          465.00          .00           .00
LIBERTY ONE CREDIT UNION  UNSECURED       NOT FILED          .00           .00
LIBERTY ONE CREDIT UNION  UNSECURED       NOT FILED          .00           .00
LIBERTY ONE CREDIT UNION  UNSECURED       NOT FILED          .00           .00
PROSPER MARKETPLACE INC   UNSECURED       NOT FILED          .00           .00
CREDITORS BANKRUPTCY SER  UNSECURED          260.00          .00           .00
THE LOAN SHOP             UNSECURED       NOT FILED          .00           .00
THINK CASH                UNSECURED       NOT FILED          .00           .00
WELLS FARGO FINANCIAL IN  UNSECURED         4419.47          .00           .00
WELLS FARGO FINANCIAL     UNSECURED       NOT FILED          .00           .00
BIZAR & DOYLE LLC         DEBTOR ATTY          .00                         .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20349 NICOLAS E JONES

```
TRUSTEE                                                    .00

PRIORITY                                                               .00
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                         ---------------   ---------------
TOTALS                                               .00               .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 04/23/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 07 B 20349 NICOLAS E JONES